UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LANDON LUCKERT,<br>　　　　　Plaintiff,<br>　　v.<br>NEWARK POLICE DEPT.,<br>　　　　　Defendant. | Case No. 24-cv-03196-RFL (PR)<br><br>**ORDER OF DISMISSAL** |

　　Plaintiff Michael Landon Luckert has not filed an amended complaint by the deadline. Accordingly, this federal civil rights suit is DISMISSED (without prejudice) for failing to comply with the Court's order to file an amended complaint and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

　　Because this dismissal is without prejudice, Luckert may move to reopen. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; and (ii) be accompanied by a complaint that appears on this Court's form and which complies with the instructions in the order dismissing the complaint with leave to amend.

　　The Clerk shall enter judgment in favor of Defendant, and close the file.

　　**IT IS SO ORDERED.**

**Dated:** January 22, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　RITA F. LIN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge